*Virginia:*

## In the Circuit Court of the City of Richmond

*John Marshall Courts Building*

August 6, 2012

12-F-3901/RDT

The GRAND JURY charges that:

On or about February 24, 2012, in the City of Richmond,

**DEUNTE LONELL HUMPHRIES**

did feloniously and unlawfully, knowingly and intentionally possess with intent to manufacture, sell, give or distribute Oxycodone, a controlled substance listed in Schedule I or Schedule II of the Drug Control Act, in violation of §§ 18.2-248; 54.1-3446 and 54.1-3448 of the Code of Virginia (1950) as amended.

Virginia Code Ann. 18.2-248
Manufacture/Sale/Dist/Possess Control Subs/Schd I or II
VCC: NAR-3043-F9

L. Wallace
Detective ~~Jason Norton~~, Richmond Police Department

{ Witnesses sworn and sent by the Court to the Grand Jury to give evidence

_____ Clerk

_____ Foreman

☒ A TRUE BILL
☐ NOT A TRUE BILL

A Copy
Teste: EDWARD F. JEWETT, CLERK
BY: _____ D.C.

EXHIBIT A