IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILBER ENSLEY, COVEY ANDREWS,
SHAMAR ARCHER, DEUNTE
HUMPHRIES AND JAMAR GILLIAM,

  Plaintiff,

v.                                                 Case No. 3:17CV024

CITY OF RICHMOND, VIRGINIA, JASON
NORTON, BRYAN T. NORWOOD,
CHRISTOPHER GLEASON, CHARLES
SIPPLE, ROGER RUSSELL, MICHAEL
ALSTON, BRIAN CORRIGAN, MARTIN
HARRISON, AND WILLIAM
BLACKWELL,

  Defendant.

## DEFENDANT JASON NORTON'S
## MOTION TO DISMISS THE COMPLAINT

NOW COMES the Defendant, Jason Norton, by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Court to dismiss, with prejudice, the Complaint filed against him in its entirety as it fails to state a claim upon which relief can be granted for malicious prosecution under 42 U.S.C. § 1983 or the common law of Virginia, and fails to allege facts sufficient to establish a legally cognizable cause of action. The Defendants rely upon, and incorporate their Brief in Support of the Motion to Dismiss the Complaint as if fully set forth herein.

1

WHEREFORE, Jason Norton respectfully request that this Court enter an Order granting his Motion to Dismiss and dismissing the Complaint in its entirety and with prejudice.

**JASON NORTON**

By Counsel

/s/
David P. Corrigan
VSB No. 26341
Jeremy D. Capps
VSB No. 43909
M. Scott Fisher, Jr.
VSB No. 78485
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the 3rd day of March 2017, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
David P. Corrigan
VSB No. 26341
Jeremy D. Capps
VSB No. 43909
M. Scott Fisher, Jr.
VSB No. 78485
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com