UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILBER ENSLEY,
COVEY ANDREWS,
SHAMAR ARCHER,
DEUNTE HUMPHRIES, and
JAMAR GILLIAM,

      Plaintiffs,

v.

                            Case: 3:17-cv-00024-MHL

CITY OF RICHMOND, VIRGINIA,
JASON NORTON,
BRYAN T. NORWOOD,
CHRISTOPHER GLEASON,
CHARLES SIPPLE,
ROGER RUSSELL,
MICHAEL ALSTON,
BRIAN CORRIGAN,
MARTIN HARRISON, and
WILLIAM BLACKWELL,

      Defendants.

## ORDER

THIS DAY came the Plaintiffs Wilber Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam, by counsel, on their Motion for Extension concerning the deadline to file their oppositions to Defendants' Motions to Dismiss.

Upon a finding by this Court of good cause shown, and noting that Defendants do not object to the Motion, it is hereby

ADJUDGED, ORDERED and DECREED that the deadline for Plaintiffs to file oppositions to the Defendants' Motions to Dismiss is extended to April 7, 2017.

Entered this _____ day of _____, 2017.

_____
The Honorable M. Hannah Lauck,
United States District Court Judge