IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILBER ENSLEY, *et al.*,

    **Plaintiffs,**

v.                                                  Civil Action No. 3:17cv24

CITY OF RICHMOND, *et al.*,

    **Defendants.**

## ORDER

This matter comes before the Court on Defendant City of Richmond's Agreed Motion for Extensions filed on behalf of all defendants (the "Motion").[1] (ECF No. 36.) All Defendants and the Plaintiffs ask the Court to enter an order setting forth an agreed briefing schedule. (Mot. 1.)

Upon due consideration, for good cause shown, and based on the parties' agreement, the Court GRANTS the Motion and ORDERS all parties to file their pleadings in accordance with the following schedule:

1) Defendants SHALL file their responsive pleadings to Plaintiffs' Amended Complaint no later than close of business Friday, April 14, 2017.

2) Plaintiffs SHALL file any response to Defendants' pleadings no later than close of business Friday, May 12, 2017.

3) Defendants SHALL file any reply to Plaintiffs' response no later than close of business Thursday, May 25, 2017.

---

[1] Federal Rule of Civil Procedure 6 governs extensions of time. Because City of Richmond moved prior to the expiration of the original deadline, Rule 6(b)(1)(A) governs the request. Rule 6(b) states in pertinent part: "(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A).

Also, because Plaintiffs have filed an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B),[2] (ECF No. 35), the Court DENIES AS MOOT:

1) Defendant City of Richmond's Motion to Dismiss for Failure to State a Claim, (ECF No. 22);

2) Defendants Christopher Gleason, Roger Russell, and Charles Sipple's Motion to Dismiss for Failure to State a Claim, (ECF No. 24);

3) Defendant Jason Norton's Motion to Dismiss for Failure to State a Claim, (ECF No. 27);

4) Defendants Michael Alston, William Blackwell, Brian Corrigan, and Martin Harrison's Motion to Dismiss for Failure to State a Claim, (ECF No. 29); and,

5) Defendant Bryan Norwood's Motion to Dismiss for Failure to State a Claim, (ECF No. 31).

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 3/29/2017
Richmond, Virginia

---

[2] Rule 15(a)(1)(B) permits a party to amend its pleading once as a matter of course within "21 days after service of a motion under Rule 12(b)," which has happened here. Fed. R. Civ. P. 15(a)(1)(B).