**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **WILBER ENSLEY, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:17CV024** |
| | ) | |
| **CITY OF RICHMOND, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CITY OF RICHMOND'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

For the reasons stated in the accompanying Memorandum of Law, the Defendant City of Richmond ("City") asks the court to dismiss the claims against the City with prejudice under Federal Rule of Civil Procedure 12(b)(6), for failure to state claims upon which relief may be granted.

Respectfully Submitted,

_____/s/_____
Stephen M. Hall, Esquire (VSB # 44132)
Deputy City Attorney
Richard E. Hill, Jr., Esquire (VSB #44164)
Assistant City Attorney
900 East Broad Street, Room 400
Richmond, Virginia  23219
Telephone:  (804) 646-7953
Facsimile:  (804) 646-79396
Email:  Stephen.Hall@richmondgov.com
Email:  Richard.E.Hill@richmondgov.com
*Counsel for Defendant City of Richmond*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____/s/ _____
Richard E. Hill, Jr. (VSB #44164)
Deputy City Attorney
900 East Broad Street, Room 400
Richmond, VA  23219
Telephone:  (804) 646-7946
Facsimile: (804) 646-7939
richard.e.hill@richmondgov.com
*Counsel for Defendant City of Richmond*