IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILBER ENSLEY, COVEY ANDREWS,
SHAMAR ARCHER, DEUNTE
HUMPHRIES AND JAMAR GILLIAM,

   Plaintiffs,

v.                                        Case No. 3:17CV024

CITY OF RICHMOND, VIRGINIA, JASON
NORTON, BRYAN T. NORWOOD,
CHRISTOPHER GLEASON, CHARLES
SIPPLE, ROGER RUSSELL, MICHAEL
ALSTON, BRIAN CORRIGAN, MARTIN
HARRISON, AND WILLIAM
BLACKWELL,

   Defendants.

## DEFENDANT JASON NORTON'S
## MOTION TO DISMISS THE AMENDED COMPLAINT

NOW COMES Defendant Jason Norton ("Norton"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Court to dismiss, with prejudice, the Amended Complaint (ECF Doc. 35) filed against him in its entirety as it fails to state any claim upon which relief can be granted under either 42 U.S.C. § 1983 or the common law of Virginia, and fails to allege facts sufficient to establish a legally cognizable cause of action. The Defendant relies upon and incorporates his Brief in Support of the Motion to Dismiss the Amended Complaint as if fully set forth herein.

1

WHEREFORE, Defendant Jason Norton, by counsel, respectfully requests that this Court enter an Order granting his Motion to Dismiss and dismissing the Amended Complaint against him in its entirety and with prejudice.

**JASON NORTON**

By Counsel

/s/
David P. Corrigan
VSB No. 26341
Jeremy D. Capps
VSB No. 43909
M. Scott Fisher, Jr.
VSB No. 78485
Attorneys for Defendant Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 – Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com

# **C E R T I F I C A T E**

       I hereby certify that on the 14th day of April, 2017, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
David P. Corrigan
VSB No. 26341
Attorney for Defendant Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 – Phone
804-747-6085 – Fax
dcorrigan@hccw.com