UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILBER ENSLEY, *et al.*,

    Plaintiffs,

v.                                                      Civil Action No. 3:17CV024

CITY OF RICHMOND, VIRGINIA, *et al.*,

    Defendants.

## DEFENDANTS GLEASON, SIPPLE, AND RUSSELL'S
## RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants Christopher Gleason, Charles Sipple, and Roger Russell, by counsel, move the Court to dismiss Plaintiffs' Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law in Support of Defendants Gleason, Sipple and Russell's Rule 12(b)(6) Motion to Dismiss.

                                            CHRISTOPHER GLEASON, CHARLES SIPPLE, and ROGER RUSSELL

                                            */s/*_____
                                            D. Cameron Beck, Jr. (VSB No. 39195)
                                            Walker Terry (VSB No. 84532)
                                            *Attorneys for Defendants Gleason,*
                                            *Sipple, and Russell*
                                            McCandlish Holton Morris
                                            P.O. Box 796
                                            1111 E. Main St., Suite 2100
                                            Richmond, VA 23218
                                            (804) 775-3100 Telephone
                                            (804) 775-3800 Facsimile
                                            cbeck@lawmh.com
                                            wterry@lawmh.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such Filing (NEF) to the following counsel of record:

Mark J. Krudys
The Krudys Law Firm, PLC
Suntrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
(804) 774-7950 Telephone
(804) 381-4458 Facsimile
mkrudys@krudys.com
*Counsel for Plaintiffs*

John Frederick Preis
7719 Rock Creek Road
Henrico, VA 23229
(804) 289-8682 Telephone
jpreis@richmond.edu
*Counsel for Plaintiffs*

Amy L. Austin
The Law Office of Amy L. Austin, PLLC
101 Shockoe Slip, Suite M
Richmond, VA 23219
(804) 343-1900 Telephone
(804) 343-1901 Facsimile
amyaustinlawyer@gmail.com
*Counsel for Plaintiffs*

Stephen M. Hall
Richard E. Hill, Jr.
Office of the City Attorney
900 E. Broad Street
Richmond, VA 23219
(804) 646-7953 Telephone
(804) 646-7939 Facsimile
Stephen.Hall@richmondgov.com
Richard.HillJr@richmondgov.com
*Counsel for Defendant City of Richmond*

David P. Corrigan
Jeremy D. Capps
M. Scott Fisher, Jr.
Harman Claytor Corrigan & Wellman
4951 Lake Brook Drive, Suite 100
Glen Allen, VA 23060-9272
(804) 747-5200 Telephone
(804) 747-6085 Facsimile
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Counsel for Defendant Norton*

Jonathan P. Harmon
Brian D. Schmalzbach
McGuireWoods LLP
Gateway Plaza
800 E. Canal Street
(804) 775-1000 Telephone
(804) 698-2304 Facsimile
jharmon@mcguirewoods.com
bschmalzbach@mcguirewoods.com
*Counsel for Defendant Norwood*

                    Ashley L. Taylor, Jr.
                    Stephen C. Piepgrass
                    Brooke K. Conkle
                    Troutman Sanders LLP
                    1001 Haxall Point
                    Richmond, VA 23219
                    (804) 697-1286 Telephone
                    (804) 697-1339 Facsimile
                    ashley.taylor@troutmansanders.com
                    stephen.piepgrass@troutmansanders.com
                    brooke.conkle@troutmansanders.com
                    *Counsel for Defendants Alston, Corrigan,*
                    *Harrison, and Blackwell*

And I hereby certify that I will mail a copy of the foregoing by U.S. mail, postage prepaid, to the following non-filing user(s): none.

                    */s/*_____
                    D. Cameron Beck, Jr. (VSB No. 39195)
                    Walker Terry (VSB No. 84532)
                    *Attorneys for Defendants Gleason,*
                    *Sipple, and Russell*
                    McCandlish Holton Morris
                    P.O. Box 796
                    1111 E. Main St., Suite 2100
                    Richmond, VA 23218
                    (804) 775-3100 Telephone
                    (804) 775-3800 Facsimile
                    cbeck@lawmh.com
                    wterry@lawmh.com