# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| WILBER ENSLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 3:17CV024 |
| | ) |
| COVEY ANDREWS, et al., | ) |
| | ) |
| Defendants. | ) |

## STATEMENT

The presiding judge for this action, the Honorable M. Hannah Lauck, recently informed all counsel that after a routine conflict check, she realized that she was involved in two cases in which Plaintiff Shamar Archer was a party. Judge Lauck requested that all parties file their position, statement, or motion regarding conflict or recusal by close of business on April 24, 2017.

Counsel for all the Defendants, as indicated by their signatures below, state that they have no objection to having Judge Lauck preside over this action.

Respectfully Submitted,

City of Richmond


_____/s/_____
Stephen M. Hall, Esquire (VSB #44132)
Deputy City Attorney
Richard E. Hill, Jr., (VSB #44164)
Assistant City Attorney
900 East Broad Street, Room 400
Richmond, Virginia  23219
Telephone:  (804) 646-7953
Facsimile:  (804) 646-79396
Email:  Stephen.Hall@richmondgov.com
Email:  Richard.E.Hill@richmondgov.com
*Counsel for Defendant City of Richmond*

            /s/
D. Cameron Beck, Jr. (VSB #39195)
Walker Terry (VSB #84532)
McCandlish Holton Morris
P. O. Box 796
1111 E. Main Street, Suite 2100
Richmond, Virginia 23219
Telephone: (804) 775-3100
Facsimile: (804) 775-3800
Email: cbeck@lawmh.com
Email: wterry@lawmh.com
*Counsel for Christopher Gleason, Roger Russell and Charles Sipple*

            /s/
David P. Corrigan (VSB #26341)
Jeremy Capps (VSB #43909)
M. Scott Fisher (VSB #78485)
Harman, Claytor, Corrigan & Wellman
P. O. Box 70280
4951 Lake Brook Drive, #100
Glen Allen, Virginia 23060
Telephone: (804) 0747-5200
Facsimile: (804) 747-6085
Email: dcorrigan@hccw.com
Email: jcapps@hccw.com
Email: sfisher@hccw.com
*Counsel for Jason Norton*

            /s/
Stephen C. Piepgrass (VSB #71361)
Ashley L. Taylor, Jr. (VSB #36521)
Brooke K. Conkle (VSB #87413)
Troutman Sanders
1001 Haxall Point, 15th Floor
P. O. Box 1122
Richmond, Virginia 23219
Telephone: (804) 697-1286
Facsimile: (804) 697-1339
Email: Ashley.taylor@troutmansanders.com
Email: Stephen.Piepgrass@troutmansanders.com
Email: Brooke.Conkle@troutmansanders.com
*Counsel for Martin Harrison, Brian Corrigan, Michael Alston and William Blackwell*

/s/
Jonathan P. Harmon (VSB #39081)
Brian D. Schmalzbach (VSB #88544)
McGuire Woods
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 698-2304
Email: jharmon@mcguirewoods.com
Email: bschmalzbach@mcguirewoods.com
*Counsel for Brian Norwood*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        /s/
Stephen M. Hall, Esquire (VSB #44132)
Deputy City Attorney
900 East Broad Street, Room 400
Richmond, VA 23219
Telephone: (804) 646-7946
Facsimile: (804) 646-7939
Stephen.Hall@richmondgov.com
*Counsel for Defendant City of Richmond*