# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

WILBUR ENSLEY, et al.,

    Plaintiffs,

v.                                                    Civil Action No. 3:17-cv-00024-MHL

CITY OF RICHMOND, VIRGINIA, et al.

    Defendants.

## STATEMENT SUBMITTED ON BEHALF OF ALL PLAINTIFFS

On April 14, 2017, the presiding judge for this action, the Honorable M. Hannah Lauck, informed all counsel that a conflict check had revealed that she had had some involvement with cases in which Plaintiff Shamar Archer was a party. Judge Lauck disclosed her involvement in the cases, both by detailing information contained in available documents and by stating that available records had not "jogged" her memory about Plaintiff Archer in any material way. The Court directed all parties to file their position, statement, or motion regarding conflict or recusal by close of business on April 24, 2017.

Counsel for the Plaintiffs reviewed in detail with Plaintiff Archer the information contained in the Court's April 14, 2017 Order.

As indicated by counsel's signature below, the Plaintiffs have no objection to having Judge Lauck preside over this action.

Respectfully submitted,

WILBUR ENSLEY,
COVEY ANDREWS,
SHAMAR ARCHER,
DEUNTE HUMPHRIES and
JAMAR GILLIAM

By:     /s/ Mark J. Krudys    
       Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
Web: www.krudys.com

John Frederick Preis (VSB# 45764)
7719 Rock Creek Road
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

Amy L. Austin (VSB# 46579)
THE LAW OFFICE OF AMY L. AUSTIN, P.L.L.C.
101 Shockoe Slip, Suite M
Richmond, VA 23219
Phone: (804) 343-1900
Fax: (804) 343-1901
Email: amyaustinlawyer@gmail.com

*Counsel for Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam*

## CERTIFICATE OF SERVICE

I certify that on April 19, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

By: /s/ Mark J. Krudys

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
Web: www.krudys.com