**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| WILBUR ENSLEY, ET AL., | ) | |
| | ) | |
|                   **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17-CV-024 |
| | ) | |
| CITY OF RICHMOND, | ) | |
| ET AL., | ) | |
| | ) | |
|                   **Defendants.** | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

In reviewing court documents from *United States v. Archer*, No. 3:09-cr-436 (E.D. Va.), noted by the Court in Doc. No. 47 for this action, undersigned counsel have come to realize that *United States v. Fisher*, 711 F.3d 460 (4th Cir. 2013), may affect a decision cited in their most recent Rule 12 filings, namely *United States v. Murphy*, 380 F. App'x 344, 345 (4th Cir. 2010) (A Fourth Amendment violation "would not undermine [a defendant's] guilty plea because a plea is an admission of past conduct and does not depend on the seized evidence.").

Undersigned counsel note that neither Westlaw nor Lexis list negative treatment of the *Murphy* decision, which was cited favorably as recently as last year. *See McManus v. United States*, No. 1:12-CR-174-1, 2016 WL 1735883, at *2 n.5 (M.D.N.C. May 2, 2016). There are also important distinctions between *Fisher* and this action. However, *Fisher* may alter *Murphy*'s categorical holding. Undersigned counsel wanted to bring this to the Court's attention.

Respectfully Submitted,

_____/s/_____
Jonathan P. Harmon (VSB #39081)
Brian D. Schmalzbach (VSB #88544)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 698-2304
Email:  jharmon@mcguirewoods.com
Email:  bschmalzbach@mcguirewoods.com
*Counsel for Bryan T. Norwood*

_____/s/_____
Stephen M. Hall, Esquire (VSB #44132)
Deputy City Attorney
Richard E. Hill, Jr., (VSB #44164)
Assistant City Attorney
900 East Broad Street, Room 400
Richmond, Virginia  23219
Telephone:  (804) 646-7953
Facsimile:  (804) 646-79396
Email:  Stephen.Hall@richmondgov.com
Email:  Richard.E.Hill@richmondgov.com
*Counsel for Defendant City of Richmond*

_____/s/_____
D. Cameron Beck, Jr. (VSB #39195)
Walker Terry (VSB #84532)
McCandlish Holton Morris
P. O. Box 796
1111 E. Main Street, Suite 2100
Richmond, Virginia 23219
Telephone:  (804) 775-3100
Facsimile:  (804) 775-3800
Email:  cbeck@lawmh.com
Email:  wterry@lawmh.com
*Counsel for Christopher Gleason, Roger Russell and Charles Sipple*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 19th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                          /s/
                Brian D. Schmalzbach (VSB #88544)
                McGuireWoods LLP
                Gateway Plaza
                800 East Canal Street
                Richmond, Virginia 23219-3916
                Telephone: (804) 775-1000
                Facsimile: (804) 698-2304
                Email: bschmalzbach@mcguirewoods.com