IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WILBUR ENSLEY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 3:17-cv-00024-MHL |
| CITY OF RICHMOND, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' OPPOSITION BRIEF FOR NONCOMPLIANCE WITH THE LOCAL RULES

Pursuant to Local Rule 7(F), Defendants Lieutenant Michael Alston, Lieutenant Brian Corrigan, Captain Martin Harrison, and Captain William Blackwell, by counsel (collectively, "the Officers") submit this Motion to strike the portions of the Response Brief in Opposition to Defendants' Motion to Dismiss submitted by Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam (collectively, "Plaintiffs") for exceeding the page limit provided in Local Rule 7(F)(3). For the reasons stated in the accompanying Memorandum in Support of Defendants' Motion to Strike, the Officers respectfully request that the Court strike the references in Plaintiffs' brief purporting to incorporate portions of Plaintiffs' Opposition to Defendant Norton's Motion to Dismiss.

| | |
|---|---|
| Dated: May 25, 2017 | **MICHAEL ALSTON, BRIAN CORRIGAN, MARTIN HARRISON, and WILLIAM BLACKWELL** |
| | By: /s/ Stephen C. Piepgrass |
| | Ashley L. Taylor, Jr. (Va. Bar No. 36521) |
| | Stephen C. Piepgrass (Va. Bar No. 71361) |
| | Brooke K. Conkle (Va. Bar No. 87413) |
| | TROUTMAN SANDERS LLP |
| | 1001 Haxall Point, P.O. Box 1122 |
| | Richmond, Virginia 23219 |
| | Telephone: (804) 697-1286 |
| | Facsimile: (804) 697-1339 |
| | E-mail: ashley.taylor@troutmansanders.com |
| | E-mail: stephen.piepgrass@troutmansanders.com |
| | E-mail: brooke.conkle@troutmansanders.com |
| | *Counsel for Michael Alston, Brian Corrigan, Martin Harrison, and William Blackwell* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam**
Mark J. Krudys
The Krudys Law Firm, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com

John Frederick Preis
7719 Rock Creek Road
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

Amy L. Austin
The Law Office of Amy L. Austin, PLLC
101 Shockoe Slip, Suite M
Richmond, VA 23219
Phone: (804) 343-1900
Fax: (804) 343-1901
Email: amyaustinlawyer@gmail.com

**Counsel for Defendant City of Richmond**
Stephen Hall
Richard E. Hill, Jr.
Office of the City Attorney
900 E. Broad St.
Richmond, VA 23219
Phone: (804) 646-7946
Email: Stephen.Hall@richmondgov.com
Email: Richard.HillJr@richmondgov.com

**Counsel for Defendant Jason Norton**
David P. Corrigan
M. Scott Fisher, Jr.
Harman Claytor Corrigan & Wellman
4951 Lake Brook Drive, Suite 100
Glen Allen, VA 23060-9272
Phone: (804) 762-8017
Email: dcorrigan@hccw.com
Email: sfisher@hccwcom

**Counsel for Defendant Bryan T. Norwood**
Jonathan P. Harmon
Brian D. Schmalzbach
McGuireWoods
Gateway Plaza
800 E. Canal St.
Richmond, VA 23219-3916
Phone: (804) 775-4712
Email: jharmon@mcguirewoods.com
Email: bschmalzbach@mcguirewoods.com

**Counsel for Defendants Christopher Gleason, Charles Sipple, and Roger Russell**
D. Cameron Beck, Jr.
C. Walker Terry
McCandlish Holton Morris
1111 E. Main Street, Suite 2100
P.O. Box 796
Richmond, VA 23218-0796
Phone: (804) 344-6322
Email: cbeck@lawmh.com
Email: wterry@lawmh.com

/s/ Stephen C. Piepgrass
Stephen C. Piepgrass (Va. Bar No. 71361)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1286
Facsimile: (804) 697-1339
E-mail: stephen.piepgrass@troutmansanders.com

31438623