VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND
JOHN MARSHALL COURTS BUILDING

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA ) | |
| ) | |
| v. ) | Case No. 12-F-3901, 3902, 3903  2012 F 3901, |
| ) | September 28, 2012       3791 |
| DEUNTE HUMPHRIES, ) | Judge Richard T. Taylor |
| Defendant. ) | |

## PLEA AGREEMENT

IT IS THE AGREEMENT of the parties hereto that upon the entry of a plea of guilty by the Defendant to one count of Possession of Cocaine with the Intent to Distribute, that the Defendant shall be sentenced to FIVE (5) years incarceration in a Virginia Correctional Facility with THREE (3) years and TEN (10) months suspended for a period of TEN (10) years and upon the entry of a plea of guilty by the Defendant to one count of Possession of Oxycodone with the Intent to Distribute, that the Defendant shall be sentenced to FIVE (5) years incarceration in a Virginia Correctional Facility with FIVE (5) suspended for a period of TEN (10) conditioned on the following terms and conditions:

(a) The Defendant keep the peace, be of good behavior, and obey the laws of the Commonwealth, her sister states and the federal government;

(b) The Defendant be placed on and successfully complete supervised probation upon his release from incarceration;

(c) The Defendant submit to a blood, saliva, or tissue sample for DNA analysis by the Division of Forensic Science, Department of Criminal Justice Services;

(d) The Defendant cooperate with any substance abuse screening and or treatment required by the Department of Corrections;

(e) The defendant's driver's license shall be suspended pursuant to statutory requirements; and

(f) The Defendant serve this sentence consecutively with any other sentence(s) he is currently serving;

(g) The Defendant waive his right to return to the Circuit Court or any court in an effort to seek a modification or reduction of the terms of the sentence imposed pursuant to this agreement for any reason whatsoever. At its sole discretion, the Commonwealth may waive the provision of this paragraph for good cause;

EXHIBIT
1

(h) The Defendant stipulate that the facts are sufficient for a finding of guilt.

(i) The Defendant pay the costs of these proceedings.

This written Plea Agreement contains the entire agreement between the parties, both oral and written.

_____
Defendant
Deunte Humphries

_____
Attorney for the Commonwealth
Sarah J. Flores

_____
Attorney for Defendant
Jeffery Everheart

_____
Judge
The Honorable Richard D. Taylor

2