VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND
JOHN MARSHALL COURTS BUILDING

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | ) | |
| | ) | |
| v. | ) | 12-F-3788 and 12-F-3789 |
| | ) | 13-F-4273 and 13-F-4274 |
| JAMAR D. GILLIAM, | ) | |
| DEFENDANT. | ) | |

## PLEA AGREEMENT

On December 17, 2012, the Defendant entered an *Alford* plea and the Court found the Defendant guilty of Possession of Cocaine with Intent to Distribute (12-F-3788) and Possession of Heroin (12-F-3789) and sentencing was continued.

On October 2, 2013, IT IS THE AGREEMENT of the parties that the Defendant will plead [*Alford plea of* ~~GUILTY~~] to the following amended indictments: Possession of Cocaine with the Intent to Distribute (13-F-4273) in violation of § 18.2-248 of the Code of Virginia and Possession of Cocaine with Intent to Distribute within 1000 feet of a School Zone (13-F-4274) in violation of § 18.2-255.2 of the Code of Virginia.

The DEFENDANT stipulates to the sufficiency of the Commonwealth's evidence in these matters.

The Attorney for the Commonwealth will recommend to the Court that the Defendant be sentenced to as follows:

case number 12-F-3788 (PWID Cocaine) – to 10 years incarceration in a Virginia Correctional Facility with 8 years suspended for 10 years; and

case number 12-F-3789 (Possess Heroin) – to 5 years incarceration in a Virginia Correctional Facility with 5 years suspended for a period of 5 years; and

case number 13-F-4273 (PWID Cocaine) – to 10 years incarceration in a Virginia Correctional Facility with 7 years suspended for a period of 10 years; and

case number 13-F-4274 (School Zone) – to 5 years incarceration in a Virginia Correctional Facility with 5 years suspended for a period of 5 years.

EXHIBIT 2

<u>Commonwealth v. Jamar D. Gilliam,</u>    Plea Agreement.    Page 2 of 2

IT IS FURTHER AGREED that the suspended sentences in these cases will be suspended on the following conditions:

- That Defendant keep the peace, be of good behavior, and obey the laws of the Commonwealth, her sister states and the federal government; and

- That Defendant successfully complete a period of supervised probation; and

- That Defendant cooperates with any substance abuse screening and/or treatment required by the Department of Corrections; and

- That Defendant's license to drive a motor vehicle or the privilege to obtain a driver's license is suspended for a period of six (6) months for *each* drug offense; and

- That the evidence in these cases may be destroyed by the proper authorities at the appropriate time; and

- That the Commonwealth agrees not to pursue a probation violation or show cause in the City of Richmond based on these convictions or the underlying facts related to these convictions; and

- That Defendant pay the costs of this proceeding; and

- That Defendant serve this sentence consecutively with any other sentence he is currently serving.

FURTHER, the Defendant hereby agrees not to return to the Circuit Court or any court in and effort to seek a modification or reduction of the terms of the sentence imposed pursuant to this agreement for any reason whatsoever. At its sole discretion, the Commonwealth may waive the provision of this paragraph for good cause.

Date: October 2, 2013

Seen and agreed to:

_____
Tanya H. Powell,
Attorney for the Commonwealth

_____
Jacqueline M. Reiner,
Attorney for the Defendant

_____
Judge

_____
Jamar D. Gilliam,
Defendant