**Virginia:**

**In the Circuit Court of the City of Richmond, John Marshall Courts Building**

FIPS CODE: 760

Hearing Date: September 28, 2012
Judge:  Richard D. Taylor, Jr.

**COMMONWEALTH OF VIRGINIA**

vs.

**DEUNTE LONELL HUMPHRIES, DEFENDANT**

### TRIAL AND SENTENCING ORDER

The defendant came before the Court for trial and appeared, in custody, represented by retained counsel, Jeffrey Everhardt. The Commonwealth was represented by William Powell and Sara Flores.

The defendant was arraigned and pled GUILTY to the charges of Possession of Cocaine with the Intent to Distribute, and Possession of Oxycodone with the Intent to Distribute.

The Court, being of the opinion that the defendant fully understood the nature and effect of the plea and of the penalties that may be imposed upon conviction and of the waiver of trial by jury and of appeal, proceeded to hear the evidence without a jury. The Court, upon the stipulation of the evidence by counsel, accepted the Plea Agreement, and found the defendant GUILTY of the following offenses:

| CASE NUMBER | OFFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA. CODE SECTION | VCC |
|---|---|---|---|---|
| CR12-F-3791 | Possession of Cocaine with the Intent to Distribute (F) | 2-24-12 | 18.2-248 | NAR-3043-F9 |
| CR12-F-3901 | Possession of Oxycodone with the Intent to Distribute (F) | 2-24-12 | 18.2-248 | NAR-3043-F9 |

Pursuant to the provisions of § 19.2-298.01, the Court has considered and reviewed the applicable discretionary Sentencing Guidelines and the guidelines worksheets. The sentencing guidelines worksheets and the written explanation of any departure from the guidelines are ordered filed as a part of the record.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.

In accordance with the Plea Agreement, which was filed and made a part of the record, the Court **SENTENCED** the defendant to:

Incarceration with the Virginia Department of Corrections for the term of: **5 years** on each of the offenses indicated above.

The total sentence imposed is **10 years**.

EXHIBIT 4

COMMONWEALTH OF VIRGINIA vs. DEUNTE LONELL HUMPHRIES
PAGE 2 of 2

    The Court SUSPENDED 3 years and 10 months of the sentence for the charge of Possession of Cocaine with the Intent to Distribute, and SUSPENDED the 5 year sentence for the charge of Possession of Oxycodone with the Intent to Distribute, for a period of 10 years.

    The total time suspended is 8 years and 10 months upon the following conditions:

**Good Behavior.** The defendant shall be of good behavior.

**DNA Testing.** The defendant shall submit to DNA testing pursuant to § 19.2-310.2. No DNA shall be taken if there is a DNA sample already on file for the defendant.

**Supervised Probation.** The defendant shall be placed on probation, to commence upon release from incarceration, under the supervision of a Probation Officer, until released by the Court or by the Probation Officer. The defendant shall comply with all the rules and requirements set by the Probation Officer. Probation shall include substance abuse counseling and/or testing as prescribed by the Probation Officer.

**Substance Abuse Assessment.** The defendant shall undergo a substance abuse assessment, pursuant to § 18.2-251.01, and shall enter a treatment and/or education program as directed by the Department of Corrections. The defendant shall pay all or part of the costs of the program, including the costs of the screening, assessment, testing, and treatment, based upon his ability to pay.

**Costs.** The defendant shall pay court costs and any interest that may accrue until the balance is paid in full.

**License Suspension.** The defendant's motor vehicle operator's license shall be suspended for a period of 6 months on each of the offenses indicated above.

**Other.** The defendant agrees to give up the right to ask the Court for a sentence modification pursuant to § 19.2-303 and no hearing shall be set unless agreed to by the Commonwealth.

**Contraband/Evidence.** The Court ordered the contraband/evidence shall be destroyed by proper authorities at the appropriate time.

**Departure.** The defendant shall be remanded to custody.

ENTER: 11'19.12

                                            Richard D. Taylor, Jr., Judge

**DEFENDANT IDENTIFICATION:**
Alias: Unknown
SSN: 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        DOB: 8-3-80        Sex: Male

**SENTENCING SUMMARY:**
TOTAL SENTENCE IMPOSED:    10 years
TOTAL SENTENCE SUSPENDED:    8 years, 10 months