IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILBER ENSLEY, COVEY ANDREWS,
SHAMAR ARCHER, DEUNTE
HUMPHRIES AND JAMAR GILLIAM,

   Plaintiff,

v.                                                       Case No. 3:17CV024

CITY OF RICHMOND, VIRGINIA, JASON
NORTON, ET AL.,

   Defendant.

## **DEFENDANT JASON NORTON'S REQUEST FOR HEARING**

Defendant Jason Norton, by counsel, pursuant to Local Civil Rule 7(E) and the local practice of this Court, hereby requests that his previously filed Motion to Dismiss (ECF Doc. 27) be set for hearing before the Honorable M. Hannah Lauck.

                                                                                **JASON NORTON**

                                                                                By Counsel

/s/ _____
David P. Corrigan
VSB No. 26341
Jeremy D. Capps
VSB No. 43909
M. Scott Fisher, Jr.
VSB No. 78485
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 – Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com

1

## **C E R T I F I C A T E**

I hereby certify that on the 25th day of May 2017, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
David P. Corrigan
VSB No. 26341
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com