UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILBER ENSLEY, *et al.*,

    Plaintiffs,

v.                                                         Civil Action No. 3:17CV024

CITY OF RICHMOND, VIRGINIA, *et al.*,

    Defendants.

## DEFENDANTS GLEASON, SIPPLE, AND RUSSELL'S
## REQUEST FOR HEARING

Defendants Christopher Gleason, Charles Sipple, and Roger Russell, by counsel, respectfully request a hearing on their previously filed Motion to Dismiss Plaintiffs' Amended Complaint.

                                              CHRISTOPHER GLEASON, CHARLES SIPPLE,
                                              and ROGER RUSSELL

                                              */s/*_____
                                              D. Cameron Beck, Jr. (VSB No. 39195)
                                              Walker Terry (VSB No. 84532)
                                              *Attorneys for Defendants Gleason,*
                                              *Sipple, and Russell*
                                              McCandlish Holton Morris
                                              P.O. Box 796
                                              1111 E. Main St., Suite 2100
                                              Richmond, VA 23218
                                              (804) 775-3100 Telephone
                                              (804) 775-3800 Facsimile
                                              cbeck@lawmh.com
                                              wterry@lawmh.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such Filing (NEF) to the following counsel of record:

Mark J. Krudys
The Krudys Law Firm, PLC
Suntrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
(804) 774-7950 Telephone
(804) 381-4458 Facsimile
mkrudys@krudys.com
*Counsel for Plaintiffs*

John Frederick Preis
7719 Rock Creek Road
Henrico, VA 23229
(804) 289-8682 Telephone
jpreis@richmond.edu
*Counsel for Plaintiffs*

Amy L. Austin
The Law Office of Amy L. Austin, PLLC
101 Shockoe Slip, Suite M
Richmond, VA 23219
(804) 343-1900 Telephone
(804) 343-1901 Facsimile
amyaustinlawyer@gmail.com
*Counsel for Plaintiffs*

Stephen M. Hall
Richard E. Hill, Jr.
Office of the City Attorney
900 E. Broad Street
Richmond, VA 23219
(804) 646-7953 Telephone
(804) 646-7939 Facsimile
Stephen.Hall@richmondgov.com
Richard.HillJr@richmondgov.com
*Counsel for Defendant City of Richmond*

David P. Corrigan
Jeremy D. Capps
M. Scott Fisher, Jr.
Harman Claytor Corrigan & Wellman
4951 Lake Brook Drive, Suite 100
Glen Allen, VA 23060-9272
(804) 747-5200 Telephone
(804) 747-6085 Facsimile
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Counsel for Defendant Norton*

Jonathan P. Harmon
Brian D. Schmalzbach
McGuireWoods LLP
Gateway Plaza
800 E. Canal Street
(804) 775-1000 Telephone
(804) 698-2304 Facsimile
jharmon@mcguirewoods.com
bschmalzbach@mcguirewoods.com
*Counsel for Defendant Norwood*

>Ashley L. Taylor, Jr.
>Stephen C. Piepgrass
>Brooke K. Conkle
>Troutman Sanders LLP
>1001 Haxall Point
>Richmond, VA 23219
>(804) 697-1286 Telephone
>(804) 697-1339 Facsimile
>ashley.taylor@troutmansanders.com
>stephen.piepgrass@troutmansanders.com
>brooke.conkle@troutmansanders.com
>*Counsel for Defendants Alston, Corrigan, Harrison, and Blackwell*

And I hereby certify that I will mail a copy of the foregoing by U.S. mail, postage prepaid, to the following non-filing user(s): none.

>*/s/*_____
>D. Cameron Beck, Jr. (VSB No. 39195)
>Walker Terry (VSB No. 84532)
>*Attorneys for Defendants Gleason, Sipple, and Russell*
>McCandlish Holton Morris
>P.O. Box 796
>1111 E. Main St., Suite 2100
>Richmond, VA 23218
>(804) 775-3100 Telephone
>(804) 775-3800 Facsimile
>cbeck@lawmh.com
>wterry@lawmh.com