**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**WILBUR ENSLEY,** *et al.*,

    Plaintiffs,

v.                                     Civil Action No. 3:17-CV-024-MHL

**CITY OF RICHMOND, VIRGINIA,** *et al.*,

    Defendants.

## PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries and Jamar Gilliam, by counsel, for the reasons stated in the accompanying Memorandum, respectfully move this Court to grant them leave to file a Response to Defendants' Notice of Supplemental Authority.

                                                      Respectfully submitted,

                                                      WILBUR ENSLEY, COVEY ANDREWS,
                                                      SHAMAR ARCHER, DEUNTE
                                                      HUMPHRIES and JAMAR GILLIAM

                                                      By:     /s/ Mark J. Krudys
                                                                      Counsel

Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Email: mkrudys@krudys.com

John Frederick Preis (VSB# 45764)
7719 Rock Creek Road
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

Amy L. Austin (VSB# 46579)
The Law Office of Amy L. Austin, P.L.L.C.
101 Shockoe Slip, Suite M
Richmond, VA  23219
Phone: (804) 343-1900
Email: amyaustinlawyer@gmail.com

*Counsel for Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

By:  /s/ Mark J. Krudys

Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com