IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILBUR ENSLEY,** *et al.***,**

    **Plaintiffs,**

v.                                            Civil Action No. 3:17-CV-024-MHL

**CITY OF RICHMOND, VIRGINIA,** *et al.***,**

    **Defendants.**

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

COME NOW Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam, by counsel, and, for their Memorandum in Support of their Motion for Leave to File Response to Defendants' Notice of Supplemental Authority, state as follows:

On June 14, 2017, the Defendants in this case filed a "Notice of Supplemental Authority." ECF No. 67. The Defendants – all ten of them, represented by five different law firms/general counsel's office – did not seek leave of Court before filing their Notice. As a result, the Notice is in violation of the Local Rules for the Eastern District of Virginia. *See* Local Civil Rule 7(F)(1) (describing the briefs that may be filed with the Court and further stating that "[n]o further briefs or written communications may be filed without first obtaining leave of Court").

However, believing that the violation may be termed inconsequential, Plaintiffs do not object to the Defendants' filing of the Notice.

Because Local Civil Rule 7(F)(1)) explicitly requires the Plaintiffs to seek "leave of Court" prior to filing "briefs or written communications" not otherwise listed in Local Civil Rule 7(F)(1),

the Plaintiffs respectfully ask this Court to grant their motion seeking leave and accept for filing the attached Plaintiffs' Response to Defendants' Notice of Supplemental Authority.

## **CONCLUSION**

For the reasons stated above, the Plaintiffs, by counsel, respectfully request that the Court grant their Motion Seeking Leave to File Response to Defendants' Notice of Supplemental Authority and accept for filing the attached Plaintiffs' Response to Defendants' Notice of Supplemental Authority.

Respectfully submitted,

WILBUR ENSLEY, COVEY ANDREWS,
SHAMAR ARCHER, DEUNTE
HUMPHRIES and JAMAR GILLIAM

By: _____/s/ Mark J. Krudys_____
        Counsel

Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Email: mkrudys@krudys.com

John Frederick Preis (VSB# 45764)
7719 Rock Creek Road
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

Amy L. Austin (VSB# 46579)
The Law Office of Amy L. Austin, P.L.L.C.
101 Shockoe Slip, Suite M
Richmond, VA 23219
Phone: (804) 343-1900
Email: amyaustinlawyer@gmail.com

*Counsel for Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

By: /s/ Mark J. Krudys

Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
Web: www.krudys.com