**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**WILBUR ENSLEY,** *et al.***,**

    Plaintiffs,

v.                                    Civil Action No. 3:17-CV-024-MHL

**CITY OF RICHMOND, VIRGINIA,** *et al.***,**

    Defendants.

## PLAINTIFFS' CONSOLIDATED REQUEST FOR HEARING

Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam, by counsel, pursuant to Local Civil Rule 7(E) of the Local Rules for the United States District Court Eastern District of Virginia, hereby respectfully request that a consolidated oral argument before a court reporter be held on the Motions to Dismiss of all Defendants (including the Motion to Dismiss of Defendants Alston, Corrigan, Harrison, and Blackwell (ECF Dkt. No. 38); the Motion to Dismiss of Defendant City of Richmond (ECF Dkt. No. 40); the Motion to Dismiss of Defendant Norton (ECF Dkt. No. 42); the Motion to Dismiss of Defendant Norwood (ECF Dkt. No. 43); and the Motion to Dismiss of Defendants Gleason, Sipple, and Russell (ECF Dkt. No. 45)), as well as on Defendants' Alston, Corrigan, Harrison, and Blackwell's related Motion to Strike (ECF Dkt. No. 57).

                                              Respectfully submitted,

                                              WILBUR ENSLEY, COVEY ANDREWS,
                                              SHAMAR ARCHER, DEUNTE
                                              HUMPHRIES and JAMAR GILLIAM

                                              By:     /s/ Mark J. Krudys
                                                               Counsel

Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Email: mkrudys@krudys.com

John Frederick Preis (VSB# 45764)
7719 Rock Creek Road
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

Amy L. Austin (VSB# 46579)
The Law Office of Amy L. Austin, P.L.L.C.
101 Shockoe Slip, Suite M
Richmond, VA  23219
Phone: (804) 343-1900
Email: amyaustinlawyer@gmail.com

*Counsel for Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

By: /s/ Mark J. Krudys

Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
Web: www.krudys.com