IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARCO THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:18CV30–HEH |
| v. ) | |
| ) | |
| JASON NORTON, ) | Related Case Nos. 3:17CV24–MHL, |
| ) | 3:17CV553–MHL |
| Defendant. ) | |

## ORDER
**(Expedited Settlement Conference Referral)**

Upon due consideration, the Court ORDERS that the parties in this case and in its related cases, *Ensley et al. v. City of Richmond, et al.*, 3:17cv24-MHL, and *Johnson et al. v. City of Richmond, et al.*, 3:17cv553-MHL, participate in an expedited settlement conference. The joint settlement proceedings are hereby REFERRED to United States Magistrate Judge David J. Novak. Counsel in all three cases shall be responsible for contacting the Chambers of Judge Novak no later than Friday, January 19, 2018 to schedule the conference, which should occur at the earliest date convenient to both Judge Novak and the parties, at such time as Judge Novak shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Novak and to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Jan. 16, 2018
Richmond, Virginia