# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):    David P. Corrigan

                                             Leslie A. Winneberger

Electronic Device(s):    Cell Phones

Purpose and Location Of Use:    Use during settlement conference

                                             Mag. Judge Novak's courtroom

Case No.:    3:17-cv-0024, 3:17-cv-0553, 3:18-cv-0030, 3:18-cv-0057

Date(s) Authorized:    March 5, 2018

IT Clearance Waived:    _____(Yes)    _____(No)

APPROVED BY:

Date:_____    _____
                                             United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
                           IT Staff Member                          Date(s)

**IT clearance must be completed, unless waived, before court appearance.**