**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**


WILBUR ENSLEY, *et al.*,

      Plaintiffs,

                           Civil Action No. 3:17-CV-024-MHL

v.

CITY OF RICHMOND, *et al.*,

      Defendants.


## STIPULATION OF DISMISSAL


Plaintiff Jamar Gilliam and all the Defendants in this Action, by counsel and pursuant to

Rule 41 of the Federal Rules of Civil Procedure, hereby agree and stipulate that this action is

hereby DISMISSED with prejudice.  Each party agrees to bear its own costs and attorney's fees.

Date: October 16, 2018


                              Respectfully submitted,

                              JAMAR GILLIAM,


                    By:      /s/ Mark J. Krudys_____
                              Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com

John Frederick Preis (VSB# 45764)
7719 Rock Creek Road
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

Amy L. Austin (VSB# 46579)
THE LAW OFFICE OF AMY L. AUSTIN, P.L.L.C.
101 Shockoe Slip, Suite M
Richmond, VA  23219
Phone: (804) 343-1900
Fax: (804) 343-1901
Email: amyaustinlawyer@gmail.com
*Counsel for Plaintiffs Wilbur Ensley, Covey Andrews, Shamar Archer, and Jamar Gilliam*

/s/ Richard Earl Hill, Jr., Esq. (with permission)__

Richard Earl Hill, Jr., Esq.
Office of the Richmond City Attorney
900 East Broad Street, Room 400
Richmond, VA 23219
Richard.E.Hill@richmondgov.com
*Counsel for Defendant City of Richmond*

/s/ David P. Corrigan, Esq. (with permission)__

David P. Corrigan, Esq.
Jeremy David Capps, Esq.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
dcorrigan@hccw.com; jcapps@hccw.com
*Counsel for Defendant Jason Norton*

/s/ Brian David Schmalzbach, Esq. (with permission)

Brian David Schmalzbach, Esq.
Jonathan Paul Harmon, Esq.
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
jharmon@mcguirewoods.com
bschmalzbach@mcguirewoods.com
*Counsel for Defendant Bryan T. Norwood*


/s/  Stephen Charles Piepgrass, Esq.  (with permission)

Stephen Charles Piepgrass, Esq.
Brooke Kelley Conkle, Esq.
Ashley L. Taylor, Jr., Esq.
TROUTMAN SANDERS LLP
1001 Haxall Point, P.O. Box 1122
Richmond, Virginia 23219
brooke.conkle@troutmansanders.com
stephen.piepgrass@troutmansanders.com
ashley.taylor@troutman.com
*Counsel for Michael Alston, Brian Corrigan, Martin Harrison, and William Blackwell*


/s/  Donald Cameron Beck, Jr., Esq. (with permission)

Charles Walker Terry, Esq.
Donald Cameron Beck, Jr., Esq.
MCCANDLISH HOLTON
P.O. Box 796
Richmond, VA 23218
cbeck@lawmh.com
wterry@lawmh.com
*Counsel for Defendants Christopher Gleason, Charles Sipple, and Roger Russell*

## CERTIFICATE OF SERVICE

I certify that on October 16, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all registered users.

By:  /s/ Mark J. Krudys_____

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com